# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 16-10334 |
| | § | |
| STADIUM CHEVRON, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 03/22/2016. The case was converted to one under Chapter 7 on 12/14/2016. The undersigned trustee was appointed on 12/14/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                   $845,056.33

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $88,000.00 |
   | Administrative expenses | $56,597.93 |
   | Bank service fees | $2,691.53 |
   | Other Payments to creditors | $646,030.30 |
   | Non-estate funds paid to 3rd Parties | $3,000.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $48,736.57 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 04/17/2017 and the deadline for filing government claims was 06/12/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $45,352.82. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $35,750.00 as interim compensation and now requests the sum of $9,602.82, for a total compensation of $45,352.82[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $998.20, for total expenses of $998.20.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/20/2020        By:   /s/ Samera L. Abide
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No.: | 16-10334 |
| Case Name: | STADIUM CHEVRON, INC. |
| For the Period Ending: | 10/20/2020 |

| | |
|---|---|
| Trustee Name: | Samera L. Abide |
| Date Filed (f) or Converted (c): | 12/14/2016 (c) |
| §341(a) Meeting Date: | 01/17/2017 |
| Claims Bar Date: | 04/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Liberty Bank-Checking | $0.00 | $0.00 | | $0.00 | FA |
| 2  Other Inventory or Supplies: Cigarettes, tobacco, grocery, liquor, non-food, candy, beer, soft drinks, deli, gasoline at cost | $12,327.00 | $5,000.00 | | $5,000.00 | FA |
| 3  Other machinery, fixtures, and equipment: Mpd gas pump (4), cash registers (2), double door freezer, refrigerator, 2/65 pound fryer, 24 feet of shelving, office furniture, air compressor, two post lift, four post lift, pizza oven, 4 feet display case, atm machine, video sec camera and monitor | $62,300.00 | $62,300.00 | | $0.00 | FA |
| 4  Stadium Chevron, 1300 Scenic Hwy., Baton Rouge, LA 70802 | $500,000.00 | $543,000.00 | | $500,000.00 | FA |
| 5  Shell @ Hooper, 7111 Hooper, Baton Rouge, LA 70811 | $350,000.00 | $350,000.00 | | $300,000.00 | FA |
| 6  Deposit: BR Water  (u) | $100.00 | $100.00 | | $0.00 | FA |
| 7  Deposit: Entergy  (u) | $1,800.00 | $1,800.00 | | $0.00 | FA |
| 8  Rent: 7111 Hooper Road  (u) | $0.00 | $33,056.33 | | $33,056.33 | FA |
| 9  Rent: 1300 Scenic Hwy, Baton Rouge LA  (u) | $0.00 | $4,000.00 | | $4,000.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $926,527.00 | $999,256.33 | | $842,056.33 | $0.00 |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2018 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2020 |

/s/ SAMERA L. ABIDE

SAMERA L. ABIDE

**FORM 2**

Page No: 1    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-10334 | Trustee Name: | Samera L. Abide |
|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4136 | Checking Acct #: | ******0544 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/22/2016 | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/17/2017 | (8) | STADIUM CHEVRON INC | 2/2017 RENT | 1280-000 | $56.33 | | $56.33 |
| 01/17/2017 | (8) | STADIUM CHEVRON INC | 2/2017 RENT | 1280-000 | $500.00 | | $556.33 |
| 01/25/2017 | (2) | JAT EXPRESS INC | INVENTORY AT 1300 SCENIC HWY | 1129-000 | $5,000.00 | | $5,556.33 |
| 01/25/2017 | (9) | JAT EXPRESS INC | RENT PAYMENT THRU 5/26/17 1300 SCENIC HWY | 1122-000 | $4,000.00 | | $9,556.33 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.50 | $9,553.83 |
| 02/01/2017 | (8) | ZEE QUICK MART LLC | RENT 02/2017 HOPPER ROAD | 1222-000 | $2,500.00 | | $12,053.83 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.25 | $12,036.58 |
| 03/01/2017 | (8) | ZEE QUICK MART LLC | 3/2017 RENT | 1222-000 | $2,500.00 | | $14,536.58 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.13 | $14,513.45 |
| 04/04/2017 | (8) | ZEE QUICK MART LLC | 4/2017 RENT | 1222-000 | $2,500.00 | | $17,013.45 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.91 | $16,987.54 |
| 05/02/2017 | (8) | ZEE QUICK MART LLC | 5/2017 RENT | 1222-000 | $2,500.00 | | $19,487.54 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.03 | $19,456.51 |
| 06/01/2017 | | PREFERRED TITLE COMPANY | NET SALES PROCEEDS | * | $489,094.08 | | $508,550.59 |
| | {4} | | $5000 was held in escrow on 1/25/17. See Account No. 1121420566  $495,000.00 | 1129-000 | | | $508,550.59 |
| | | | Property taxes for 2015, 2016 and 1/1/2017 to 5/26/2017  $(5,905.92) | 2820-000 | | | $508,550.59 |
| 06/05/2017 | 3001 | VFC PARTNERS 25, LLC | NET SALE PROCEEDS TO SECURED CREDITOR LESS CRAVEOUT (500000 LESS 5905.92 SETTLEMENT COST LESS 50000 CRAVEOUT) | 4110-000 | | $444,094.08 | $64,456.51 |
| 06/06/2017 | (8) | ZEE QUICK MART LLC | 6/2017 RENT | 1222-000 | $2,500.00 | | $66,956.51 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $196.67 | $66,759.84 |
| 07/06/2017 | (8) | ZEE QUICK MART LLC | 7/2017 RENT | 1222-000 | $2,500.00 | | $69,259.84 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $110.58 | $69,149.26 |
| 08/09/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $69,149.26 | $0.00 |

SUBTOTALS    $513,650.41    $513,650.41

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10334 | | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4136 | | | Checking Acct #: | ******0544 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/22/2016 | | | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $513,650.41 | $513,650.41 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $69,149.26 | |
| | | | **Subtotal** | | $513,650.41 | $444,501.15 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $513,650.41 | $444,501.15 | |

| For the period of 3/22/2016 to 10/20/2020 | | For the entire history of the account between 01/17/2017 to 10/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $519,556.33 | Total Compensable Receipts: | $519,556.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $519,556.33 | Total Comp/Non Comp Receipts: | $519,556.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $450,407.07 | Total Compensable Disbursements: | $450,407.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $450,407.07 | Total Comp/Non Comp Disbursements: | $450,407.07 |
| Total Internal/Transfer Disbursements: | $69,149.26 | Total Internal/Transfer Disbursements: | $69,149.26 |

Page No: 3                           Exhibit B

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10334 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4136 | | Checking Acct #: | ******0566 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | ESCROW |
| For Period Beginning: | 3/22/2016 | | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/25/2017 | | JAT EXPRESS INC | RENTAL DEPOSIT (ESCROW) FOR BUILDING AT 1300 SCENIC HWY | 1122-002 | $3,000.00 | | $3,000.00 |
| 01/25/2017 | (4) | JAT EXPRESS INC | ESCROW DEPOSIT FOR PURCHASE OF PROPERTY LOCATED AT 1300 SCENIC HWY | 1129-000 | $5,000.00 | | $8,000.00 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.89 | $7,998.11 |
| 02/08/2017 | | Bank of Texaas | Reverse bank fee | 2600-000 | | ($1.89) | $8,000.00 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.65 | $7,988.35 |
| 03/22/2017 | | Bank of Texas | Reverse bank fee | 2600-000 | | ($11.65) | $8,000.00 |
| 06/01/2017 | 5001 | JAT EXPRESS INC | RETURN OF RENTAL DEPOSIT RECEIVED ON 1/25/2017. | 8500-002 | | $3,000.00 | $5,000.00 |
| 08/09/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $5,000.00 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $8,000.00 | $8,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $5,000.00 | |
| Subtotal | $8,000.00 | $3,000.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $8,000.00 | $3,000.00 | |

| For the period of 3/22/2016 to 10/20/2020 | | For the entire history of the account between 01/25/2017 to 10/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $3,000.00 | Total Non-Compensable Receipts: | $3,000.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,000.00 | Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 | Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $5,000.00 | Total Internal/Transfer Disbursements: | $5,000.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10334 | Trustee Name: | Samera L. Abide |
|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4136 | Checking Acct #: | ******0334 |
| Co-Debtor Taxpayer ID #: | | Account Title: | ESCROW |
| For Period Beginning: | 3/22/2016 | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $5,000.00 | | $5,000.00 |
| 03/21/2018 | | Transfer To: #*******0334 | TO CLOSE ACCOUNT. | 9999-000 | | $5,000.00 | $0.00 |
| | | | TOTALS: | | $5,000.00 | $5,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,000.00 | $5,000.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 3/22/2016 to 10/20/2020 | | For the entire history of the account between 08/09/2017 to 10/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,000.00 | Total Internal/Transfer Receipts: | $5,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,000.00 | Total Internal/Transfer Disbursements: | $5,000.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-10334 | | | Trustee Name: | Samera L. Abide |
| --- | --- | --- | --- | --- | --- |
| Case Name: | STADIUM CHEVRON, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4136 | | | Checking Acct #: | ******0334 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/22/2016 | | | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $69,149.26 | | $69,149.26 |
| 08/11/2017 | (8) | ZEE QUICK MART LLC | RENT 8/17 | 1222-000 | $2,500.00 | | $71,649.26 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $78.36 | $71,570.90 |
| 09/08/2017 | (8) | ZEE QUICK MART LLC | RENT 9/17 | 1222-000 | $2,500.00 | | $74,070.90 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $105.29 | $73,965.61 |
| 10/05/2017 | (8) | ZEE QUICK MART LLC | RENT 10/17 | 1222-000 | $2,500.00 | | $76,465.61 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $112.52 | $76,353.09 |
| 11/07/2017 | (8) | ZEE QUICK MART LLC | RENT 11/17 | 1222-000 | $2,500.00 | | $78,853.09 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $112.40 | $78,740.69 |
| 12/06/2017 | (8) | ZEE QUICK MART LLC | RENT 12/17 | 1222-000 | $2,500.00 | | $81,240.69 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $119.84 | $81,120.85 |
| 01/05/2018 | (8) | ZEE QUICK MARK LLC | RENT 1/18 | 1222-000 | $2,500.00 | | $83,620.85 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $123.38 | $83,497.47 |
| 02/05/2018 | 5001 | SAMERA L. ABIDE | 2018 BOND PREMIUM PER ORDER (08-10756 DOC 767) | 2300-000 | | $94.53 | $83,402.94 |
| 02/07/2018 | 5001 | VOID: SAMERA L. ABIDE | PRINTED IN ERROR. | 2300-003 | | ($94.53) | $83,497.47 |
| 02/08/2018 | (8) | ZEE QUICK MART LLC | RENT 02/18 | 1222-000 | $2,500.00 | | $85,997.47 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $114.07 | $85,883.40 |
| 03/05/2018 | 5002 | SAMERA L. ABIDE | 2018 BOND PREMIUM PER ORDER (08-10756 DOC 771) | 2300-000 | | $94.53 | $85,788.87 |
| 03/15/2018 | 5003 | STEVEN P. LEMOINE | SPECIAL COUNSEL FEES PER ORDER D-140 | 3210-600 | | $13,469.50 | $72,319.37 |
| 03/21/2018 | | Transfer From: #*******0334 | TO CLOSE ACCOUNT. | 9999-000 | $5,000.00 | | $77,319.37 |
| 03/21/2018 | | PREFERRED TITLE COMPANY | NET SALE PROCEEDS (DOC 141) | * | $277,963.18 | | $355,282.55 |
| | {5} | | Gross sale proceeds $300,000.00 | 1129-000 | | | $355,282.55 |
| | | | Post petition property taxes $(5,836.82) | 2820-000 | | | $355,282.55 |
| | | | Allowance for Environ Compliance/Past due DEQ fines $(16,200.00) | 2500-000 | | | $355,282.55 |

| | | | | SUBTOTALS | $369,612.44 | $14,329.89 | |

**FORM 2**

Page No: 6    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10334 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4136 | | Checking Acct #: | ******0334 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/22/2016 | | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2018 | 5004 | VFC PARTNERS 25, LLC | LOAN PAYOFF FROM GROSS SALES PROCEEDS (DOC 141) | 4110-000 | | $201,936.22 | $153,346.33 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $255.58 | $153,090.75 |
| 04/17/2018 | 5005 | LOUISIANA DEPARTMENT OF REVENUE | 2016 LA CORPORATION FRANCHISE TAX RETURN | 2820-000 | | $255.00 | $152,835.75 |
| 04/17/2018 | 5006 | LOUISIANA DEPARTMENT OF REVENUE | 2017 LA CORPORATION FRANCHISE TAX RETURN | 2820-000 | | $216.00 | $152,619.75 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.76 | $152,389.99 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $226.58 | $152,163.41 |
| 06/21/2018 | 5007 | LOUISIANA DEPARTMENT OF REVENUE | AMENDED 2016 LA CORPORATION FRANCHISE TAX RETURN (ADDITIONAL TAXES DUE PER AMENDED RETURNS) | 2820-000 | | $41.00 | $152,122.41 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $218.75 | $151,903.66 |
| 07/18/2018 | 5008 | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | DEQ - STATE ENFORCEMENT ACTION NO. SE-P-10-00804 (PRINCIPAL AMOUNT AND INTEREST) | 2820-000 | | $3,129.54 | $148,774.12 |
| 07/18/2018 | 5009 | CLERK OF COURT 19TH JDC | DEQ - STATE ENFORCEMENT ACTION NO. SE-P-10-00804 (COURT COST) | 2820-000 | | $633.42 | $148,140.70 |
| 07/18/2018 | 5010 | CLERK OF COURT 19TH JDC | DEQ - STATE ENFORCEMENT ACTION NO. SE-P-10-00804 (CANCELATION OF JUDGMENT FEE) | 2820-000 | | $85.00 | $148,055.70 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $224.61 | $147,831.09 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $35.58 | $147,795.51 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($35.58) | $147,831.09 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2,587.04 | $145,244.05 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($2,587.04) | $147,831.09 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $219.72 | $147,611.37 |
| 03/12/2019 | 5011 | SAMERA L. ABIDE | 2019 BOND PREMIUM PER ORDER (12-10929 DOC 98) | 2300-000 | | $75.77 | $147,535.60 |

| | | | | SUBTOTALS | $0.00 | $207,746.95 | |

Page No: 7     Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-10334 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4136 | | Checking Acct #: | ******0334 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/22/2016 | | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2019 | 5012 | LOUISIANA DEPARTMENT OF REVENUE | 2018 LA CORPORATION FRANCHISE TAX RETURN | 2820-000 | | $149.00 | $147,386.60 |
| 01/29/2020 | 5013 | LOUISIANA DEPARTMENT OF REVENUE | 2019 LA CORPORATION FRANCHISE TAX RETURN | 2820-000 | | $128.00 | $147,258.60 |
| 02/17/2020 | 5014 | INTERNAL REVENUE SERVICE | Penalties associated with the 2016 Federal income tax returns Per order (doc 161) | 2810-000 | | $1,706.44 | $145,552.16 |
| 03/02/2020 | 5015 | HANNIS T. BOURGEOIS, LLP | ACCOUNTANT FOR TRUSTEE FEES PER ORDER DOC 160. | 3410-000 | | $8,128.75 | $137,423.41 |
| 03/02/2020 | 5016 | SAMERA L. ABIDE | 2020 BOND PREMIUM PER ORDER (12-10929 DOC 107) | 2300-000 | | $143.24 | $137,280.17 |
| 03/03/2020 | 5017 | Samera L. Abide | Trustee Compensation | 2100-000 | | $35,750.00 | $101,530.17 |
| 03/03/2020 | 5018 | Internal Revenue Service | Account Number: ; Claim #: 1; Amount Claimed: 136,824.44; | 5800-000 | | $734.43 | $100,795.74 |
| 03/03/2020 | 5019 | LOUISIANA DEPARTMENT OF REVENUE | Account Number: ; Claim #: 2; Amount Claimed: 35.22; | 4110-000 | | $35.22 | $100,760.52 |
| 03/03/2020 | 5020 | LOUISIANA DEPARTMENT OF REVENUE | Account Number: ; Claim #: 2; Amount Claimed: 6,418.05; | 5800-000 | | $34.45 | $100,726.07 |
| 03/03/2020 | 5021 | LOUISIANA WORKFORCE COMMISSION | Account Number: ; Claim #: 6; Amount Claimed: 10,553.00; | 5800-000 | | $56.65 | $100,669.42 |
| 03/03/2020 | 5022 | LOUISIANA DEPARTMENT OF REVENUE | Account Number: ; Claim #: 7; Amount Claimed: 4,907.94; | 5800-000 | | $26.34 | $100,643.08 |
| 03/03/2020 | 5023 | OFFICE OF THE U.S. TRUSTEE | Account Number: ; Claim #: 8; Amount Claimed: 4,875.00; | 2950-000 | | $4,875.00 | $95,768.08 |
| 03/03/2020 | 5024 | LARD OIL COMPANY OF DENHAM SPRINGS, LLC | Account Number: ; Claim #: 10; Amount Claimed: 23,981.00; | 6990-000 | | $23,981.00 | $71,787.08 |
| 03/03/2020 | 5025 | STEFFES, VINGIELLO & MCKENZIE, LLC | Account Number: ; Claim #: 11; Amount Claimed: 22,422.74; | 7100-000 | | $22,422.74 | $49,364.34 |
| 03/03/2020 | 5026 | CITY OF BATON ROUGE | Account Number: ; Claim #: 12; Amount Claimed: 15,681.00; | 5800-000 | | $84.17 | $49,280.17 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $71.86 | $49,208.31 |
| | | | SUBTOTALS | | $0.00 | $98,327.29 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-10334 | | | Trustee Name: | Samera L. Abide |
| --- | --- | --- | --- | --- | --- |
| Case Name: | STADIUM CHEVRON, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4136 | | | Checking Acct #: | ******0334 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/22/2016 | | | Blanket bond (per case limit): | $31,981,268.00 |
| For Period Ending: | 10/20/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2020 | 5027 | HANNIS T. BOURGEOIS, LLP | ACCOUNTANT FOR TRUSTEE FEES PER ORDER DOC 173. | 3410-000 | | $400.00 | $48,808.31 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $71.74 | $48,736.57 |
| | | | TOTALS: | | $369,612.44 | $320,875.87 | $48,736.57 |
| | | | Less: Bank transfers/CDs | | $74,149.26 | $0.00 | |
| | | | Subtotal | | $295,463.18 | $320,875.87 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $295,463.18 | $320,875.87 | |

| For the period of 3/22/2016 to 10/20/2020 | | For the entire history of the account between 08/09/2017 to 10/20/2020 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $317,500.00 | Total Compensable Receipts: | $317,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $317,500.00 | Total Comp/Non Comp Receipts: | $317,500.00 |
| Total Internal/Transfer Receipts: | $74,149.26 | Total Internal/Transfer Receipts: | $74,149.26 |
| | | | |
| Total Compensable Disbursements: | $342,912.69 | Total Compensable Disbursements: | $342,912.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $342,912.69 | Total Comp/Non Comp Disbursements: | $342,912.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9    Exhibit B

| | | |
|---|---|---|
| **Case No.** | 16-10334 | |
| **Case Name:** | STADIUM CHEVRON, INC. | |
| **Primary Taxpayer ID #:** | **-***4136 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/22/2016 | |
| **For Period Ending:** | 10/20/2020 | |

| | |
|---|---|
| **Trustee Name:** | Samera L. Abide |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0334 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $31,981,268.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $817,113.59 | $768,377.02 | $48,736.57 |

**For the period of 3/22/2016 to 10/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $842,056.33 |
| Total Non-Compensable Receipts: | $3,000.00 |
| Total Comp/Non Comp Receipts: | $845,056.33 |
| Total Internal/Transfer Receipts: | $79,149.26 |
| | |
| Total Compensable Disbursements: | $793,319.76 |
| Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $796,319.76 |
| Total Internal/Transfer Disbursements: | $79,149.26 |

**For the entire history of the case between 12/14/2016 to 10/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $842,056.33 |
| Total Non-Compensable Receipts: | $3,000.00 |
| Total Comp/Non Comp Receipts: | $845,056.33 |
| Total Internal/Transfer Receipts: | $79,149.26 |
| | |
| Total Compensable Disbursements: | $793,319.76 |
| Total Non-Compensable Disbursements: | $3,000.00 |
| Total Comp/Non Comp Disbursements: | $796,319.76 |
| Total Internal/Transfer Disbursements: | $79,149.26 |

/s/ SAMERA L. ABIDE

SAMERA L. ABIDE

| Case No.: | 16-10334 | | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | | | Date: | 10/20/2020 |
| Claims Bar Date: | 04/17/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SAMERA L. ABIDE<br><br>P.O. Box 3616<br>Baton Rouge LA 70821 | 01/15/2020 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $45,352.82 | $45,352.82 | $35,750.00 | $0.00 | $0.00 | $9,602.82 |
| | SAMERA L. ABIDE<br><br>P.O. Box 3616<br>Baton Rouge LA 70821 | 12/07/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $998.20 | $998.20 | $0.00 | $0.00 | $0.00 | $998.20 |
| 8 | OFFICE OF THE U.S. TRUSTEE<br><br>U.S. Trustee Payment Center<br>P.O. Box 530202<br>Atlanta GA 30353 | 02/02/2017 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $0.00 | $4,875.00 | $4,875.00 | $4,875.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Chapter 11 US Trustee Quarterly Fees (Paid)

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | LOUISIANA DEPARTMENT OF REVENUE<br>P.O. Box 66658<br>Baton Rouge LA 70896 | 04/18/2016 | Secured | Allowed | 4800-000 | $0.00 | $35.22 | $35.22 | $35.22 | $0.00 | $0.00 | $0.00 |
| 3 | VFC PARTNERS 25, LLC<br>P.O. BOX 416195<br>Boston MA 02241-6195 | 05/14/2016 | Secured | Allowed | 4110-000 | $332,000.00 | $621,619.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LARD OIL COMPANY OF DENHAM SPRINGS, LLC<br><br>c/o Michael A. Crawford<br>Taylor, Porter, Brooks & Phillips LLP<br>450 Laurel Street, 8th Flr<br>Baton Rouge LA 70801 | 04/12/2017 | Other Prior Chapter Administrative Expenses | Allowed | 6990-000 | $0.00 | $23,981.00 | $23,981.00 | $23,981.00 | $0.00 | $0.00 | $0.00 |
| 11 | STEFFES, VINGIELLO & MCKENZIE, LLC<br><br>13702 Coursey Blvd., Building 3<br>Baton Rouge LA 70817 | 04/17/2017 | Other Prior Chapter Administrative Expenses | Allowed | 6990-000 | $0.00 | $22,422.74 | $22,422.74 | $22,422.74 | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>P.O. Box 7317<br>Philadelphia PA 19101-7317 | 04/01/2016 | Other Priority | Allowed | 5800-000 | $26,000.00 | $136,824.44 | $136,824.44 | $734.43 | $0.00 | $0.00 | $136,090.01 |

CLAIM ANALYSIS REPORT  Page No: 2   Exhibit C

| Case No. | 16-10334 | | Trustee Name: | Samera L. Abide |
| Case Name: | STADIUM CHEVRON, INC. | | Date: | 10/20/2020 |
| Claims Bar Date: | 04/17/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2a | LOUISIANA DEPARTMENT OF REVENUE  P.O. Box 66658  Baton Rouge LA 70896 | 04/18/2016 | Other Priority | Allowed | 5800-000 | $11,800.00 | $6,418.05 | $6,418.05 | $34.45 | $0.00 | $0.00 | $6,383.60 |
| 4 | EAST BATON PARISH SHERIFF OFFICE  Sid J. Gautreaux, III  P.O. Box 70  Baton Rouge LA 70821-9285 | 06/16/2016 | Other Priority | Allowed | 5800-000 | $0.00 | $1,735.31 | $1,735.31 | $0.00 | $0.00 | $0.00 | $1,735.31 |
| 5 | EAST BATON PARISH SHERIFF OFFICE  P.O. BOX 70  BATON ROUGE LA 70821 | 07/05/2016 | Other Priority | Allowed | 5800-000 | $0.00 | $9,737.63 | $9,737.63 | $0.00 | $0.00 | $0.00 | $9,737.63 |
| 6 | LOUISIANA WORKFORCE COMMISSION  c/o Donovan Francis  1001 North 23rd Street  Baton Rouge LA 70804 | 07/06/2016 | Other Priority | Allowed | 5800-000 | $3,655.15 | $10,553.00 | $10,553.00 | $56.65 | $0.00 | $0.00 | $10,496.35 |
| 7 | LOUISIANA DEPARTMENT OF REVENUE  P.O. Box 66658  Baton Rouge LA 70896 | 10/19/2016 | Other Priority | Allowed | 5800-000 | $0.00 | $4,907.94 | $4,907.94 | $26.34 | $0.00 | $0.00 | $4,881.60 |
| 12 | CITY OF BATON ROUGE  FINANCE/REVENUE DIVISION  P.O. BOX 2590  BATON ROUGE LA 70821 | 05/23/2017 | Other Priority | Allowed | 5800-000 | $9,086.00 | $15,681.00 | $15,681.00 | $84.17 | $0.00 | $0.00 | $15,596.83 |
| 1a | INTERNAL REVENUE SERVICE  P.O. Box 7317  Philadelphia PA 19101-7317 | 04/01/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $80,592.97 | $80,592.97 | $0.00 | $0.00 | $0.00 | $80,592.97 |
| 2b | LOUISIANA DEPARTMENT OF REVENUE  P.O. Box 66658  Baton Rouge LA 70896 | 04/18/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,955.11 | $5,955.11 | $0.00 | $0.00 | $0.00 | $5,955.11 |

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No.: | 16-10334 | | | | | | | | Trustee Name: | | Samera L. Abide |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | STADIUM CHEVRON, INC. | | | | | | | | Date: | | 10/20/2020 |
| Claims Bar Date: | 04/17/2017 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | LARD OIL COMPANY, INC. c/o Michael A. Crawford Taylor, Porter, Brooks & Phillips, LLP 450 Laurel Street, 8th Flr Baton Rouge LA 70801 | 04/12/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $63,427.22 | $63,427.22 | $0.00 | $0.00 | $0.00 | $63,427.22 |
| 1b | INTERNAL REVENUE SERVICE P.O. Box 7317 Philadelphia PA 19101-7317 | 01/15/2020 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $0.00 | $110,974.14 | $110,974.14 | $0.00 | $0.00 | $0.00 | $110,974.14 |
| 6a | LOUISIANA WORKFORCE COMMISSION c/o Donovan Francis 1001 North 23rd Street Baton Rouge LA 70804 | 01/15/2020 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $0.00 | $2,638.26 | $2,638.26 | $0.00 | $0.00 | $0.00 | $2,638.26 |
| 7a | LOUISIANA DEPARTMENT OF REVENUE P.O. Box 66658 Baton Rouge LA 70896 | 01/15/2020 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $0.00 | $1,127.76 | $1,127.76 | $0.00 | $0.00 | $0.00 | $1,127.76 |
| | | | | | | $1,169,857.50 | $548,237.81 | $88,000.00 | $0.00 | $0.00 | | $460,237.81 |

| Case No. | 16-10334 | Trustee Name: | Samera L. Abide |
| --- | --- | --- | --- |
| Case Name: | STADIUM CHEVRON, INC. | Date: | 10/20/2020 |
| Claims Bar Date: | 04/17/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Fines, Penalties § 726(a)(4) | $114,740.16 | $114,740.16 | $0.00 | $0.00 | $0.00 | $114,740.16 |
| General Unsecured  726(a)(2) | $149,975.30 | $149,975.30 | $0.00 | $0.00 | $0.00 | $149,975.30 |
| Other Chapter 7 Administrative Expenses | $4,875.00 | $4,875.00 | $4,875.00 | $0.00 | $0.00 | $0.00 |
| Other Prior Chapter Administrative Expenses | $46,403.74 | $46,403.74 | $46,403.74 | $0.00 | $0.00 | $0.00 |
| Other Priority | $185,857.37 | $185,857.37 | $936.04 | $0.00 | $0.00 | $184,921.33 |
| Secured | $621,654.91 | $35.22 | $35.22 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $45,352.82 | $45,352.82 | $35,750.00 | $0.00 | $0.00 | $9,602.82 |
| Trustee Expenses | $998.20 | $998.20 | $0.00 | $0.00 | $0.00 | $998.20 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 16-10334
Case Name: STADIUM CHEVRON, INC.
Trustee Name: Samera L. Abide

Balance on hand: $48,736.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | LOUISIANA DEPARTMENT OF REVENUE | $35.22 | $35.22 | $35.22 | $0.00 |
| 3 | VFC PARTNERS 25, LLC | $621,619.69 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $48,736.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Samera L. Abide, Trustee Fees | $45,352.82 | $35,750.00 | $9,602.82 |
| Samera L. Abide, Trustee Expenses | $998.20 | $0.00 | $998.20 |
| STEVEN P. LEMOINE, Special Counsel for Trustee Fees | $13,469.50 | $13,469.50 | $0.00 |
| HANNIS T. BOURGEOIS, LLP, Accountant for Trustee Fees | $8,528.75 | $8,528.75 | $0.00 |
| OFFICE OF THE U.S. TRUSTEE, Chapter 11 Quarterly Fees (Claim No. 8) | $4,875.00 | $4,875.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $10,601.02
Remaining balance: $38,135.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total | Interim | Proposed |
|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

|  | **Requested** | **Payments to Date** | **Payment** |
|---|---|---|---|
| Other: LARD OIL COMPANY OF DENHAM SPRINGS, LLC, Other Prior Chapter Administrative Expenses | $23,981.00 | $23,981.00 | $0.00 |
| Other: STEFFES, VINGIELLO & MCKENZIE, LLC, Other Prior Chapter Administrative Expenses | $22,422.74 | $22,422.74 | $0.00 |

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $38,135.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $185,857.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $136,824.44 | $734.43 | $28,029.29 |
| 2a | LOUISIANA DEPARTMENT OF REVENUE | $6,418.05 | $34.45 | $1,314.78 |
| 4 | EAST BATON PARISH SHERIFF OFFICE | $1,735.31 | $0.00 | $364.80 |
| 5 | EAST BATON PARISH SHERIFF OFFICE | $9,737.63 | $0.00 | $2,047.08 |
| 6 | LOUISIANA WORKFORCE COMMISSION | $10,553.00 | $56.65 | $2,161.84 |
| 7 | LOUISIANA DEPARTMENT OF REVENUE | $4,907.94 | $26.34 | $1,005.42 |
| 12 | CITY OF BATON ROUGE | $15,681.00 | $84.17 | $3,212.34 |

Total to be paid to priority claims: $38,135.55
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $149,975.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | INTERNAL REVENUE SERVICE | $80,592.97 | $0.00 | $0.00 |
| 2b | LOUISIANA DEPARTMENT OF REVENUE | $5,955.11 | $0.00 | $0.00 |
| 9 | LARD OIL COMPANY, INC. | $63,427.22 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $114,740.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1b | INTERNAL REVENUE SERVICE | $110,974.14 | $0.00 | $0.00 |
| 6a | LOUISIANA WORKFORCE COMMISSION | $2,638.26 | $0.00 | $0.00 |
| 7a | LOUISIANA DEPARTMENT OF REVENUE | $1,127.76 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**